# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONNIE J. NIXON**  **PLAINTIFF**
**#7057**

v.  No. 3:22-cv-282-DPM

**DOES**  **DEFENDANTS**

## ORDER

**1.** Nixon is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g.*, *Nixon v. Mills*, Case No. 3:10-cv-12-BSM; *Nixon v. Cox*, Case No. 3:17-cv-122-BRW; *Nixon v. Hitt*, Case No. 3:17-cv-138-JM. Nothing in Nixon's new complaint, *Doc. 2*, or addendum, *Doc. 7*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His motion to proceed *in forma pauperis*, *Doc. 1*, is therefore denied, and his complaint will be dismissed without prejudice. Nixon's motion, *Doc. 6*, is also denied.

**2.** If Nixon wants to pursue this case, then he must pay $402 (the filing and administrative fees) and file a motion to reopen the case by 19 December 2022. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 November 2022