# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RONNIE J. NIXON**                                                          **PLAINTIFF**
**#7057**

v.                                          No. 3:22-cv-282-DPM

**DOES**                                                                     **DEFENDANTS**

## JUDGMENT

Nixon's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

21 November 2022